UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTINEZ,

                              Petitioner,

                    -against-

TOMES,

                              Respondent.
-----------------------------------------------------------X

**ORDER
GRANTING STAY**

19 Civ. 7651 (KMK) (PED)

Petitioner seeks a stay of this action pending resolution of a § 440.10 motion he has filed

in the trial court. (Dkt. 14.)  The Court directed Respondent to submit any reply to Petitioner's

request by June 5, 2020.  (Dkt. 15)  No reply or opposition has been received.

A court may stay a "mixed" petition that contains both exhausted and unexhausted claims

if: (1) good cause exists for the petitioner's failure to exhaust his claims in state court; (2) the

unexhausted claims are not "plainly meritless;" and (3) the petitioner has not engaged in

"intentionally dilatory litigation tactics." Rhines v. Weber, 544 U.S. 269, 277–78 (2005).  Good

cause exists here because Petitioner timely submitted this request in order to protect his

unexhausted claim and is seeking, without delay, to exhaust the claim in state court.  See Pierre

v. Ercole, 607 F. Supp. 2d 605, 608 (S.D.N.Y. 2009).  In addition, the Court cannot conclude as

of now that Petitioner's unexhausted claim is so plainly without merit that a stay should be

denied.  Finally, there is no evidence to indicate that Petitioner has engaged in intentionally

dilatory litigation tactics.

Accordingly, Petitioner's unopposed motion for a stay is **GRANTED**.  These

proceedings are stayed pending resolution of Petitioner's § 440.10 motion (including any

available appellate review.)  Upon resolution of that motion, Petitioner must move, within thirty

(30) days, to lift the stay and reopen this case for further proceedings. See Zarvela v. Artuz, 254 F.3d 374, 381–82 (2d Cir. 2001). Petitioner is hereby notified that, if he does not comply with this condition of the stay, the Court may vacate the stay *nunc pro tunc* as of the date the stay was entered and may dismiss his *habeas* petition. See id. Petitioner is also advised that he must prepare and file an amended petition setting forth all of his claims, including those raised in his § 440.10 motion, within thirty (30) days after his state court remedies have been exhausted.

Dated:   September 9, 2020          **SO ORDERED**
         White Plains, New York

PAUL E. DAVISON, U.S.M.J.

Chambers has mailed a copy of this Order to:        Miguel Martinez
                                                    Five Points Correctional Facility
                                                    Caller Box 119
                                                    Romulus, NY 14541