UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL MARTINEZ,

                Petitioner,                            19 CIVIL 7651 (KMK)(PED)

    -against-                                    **JUDGMENT**

SUPERINTENDENT OF SING SING
CORRECTIONAL FACILITY,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 10, 2023, the R&R, dated November 18, 2022, is ADOPTED in its entirety. The Petition is DISMISSED. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue, see 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000), and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith; accordingly, the case is closed.

**Dated:**  New York, New York
         April 10, 2023

                                                              **RUBY J. KRAJICK**

                                                                _____
                                                                 **Clerk of Court**

                               **BY:**     *K. Mango*

                                                                  _____
                                                                 **Deputy Clerk**